# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DANIEL McROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner of Cocial Cecurity,<br><br>Defendant. | **16-cv-86 GSA**<br><br>**ORDER TO SHOW CAUSE** |

On January 19, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Plaintiff filed an opening brief on September 13, 2016. (Doc. 10). Pursuant to this Court's scheduling order issued on January 20, 2016, Defendant was required to file any Opposition to the Opening Brief within thirty days after the service of Plaintiff's brief. (Doc. 3, pgs. 2-3). To date no Opposition has been filed and the parties have not stipulated to an extension of time for such filing.

Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order. Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Defendant

1

desires more time to file a brief, it should so state in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

   Dated:   **October 19, 2016**                              **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE